Koree B. Wooley, Bar No. 294489
kbwooley@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Alexandra J. Reis, Bar No. 365743
areis@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: +1. 949.851.3939
Facsimile: +1. 949.553.7539

Attorneys for Defendant
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODNEY PEETE, on behalf of himself and all other current and former non-exempt employees,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., an Alaska Stock Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-08068-NW<br><br>**~~[PROPOSED]~~ ORDER REGARDING ADR PROCESS**<br><br>Date Action Filed: August 4, 2026<br>Trial Date: August 7, 2028 at 9:00 AM |

Pursuant to the Parties' Stipulation Regarding ADR Process Selection and the Court's October 28, 2026 Case Management and Pretrial Order (ECF No. 20), the Court hereby orders the Parties to participate in court-sponsored mediation by no later than November 26, 2027.

IT IS SO ORDERED.

Dated: November 10, 2026.

Hon. Noël Wise
United States District Judge